CHAD A. READLER
Acting Assistant Attorney General
Civil Division

BRIAN J. STRETCH
United States Attorney
Northern District of California

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch, Civil Division

RICHARD MONTAGUE
Senior Trial Counsel, Torts Branch, Civil Division

SIEGMUND F. FUCHS
Trial Attorney, Torts Branch, Civil Division
  U.S. Department of Justice
  Ben Franklin Station
  P.O. Box 7146
  Washington, D.C. 20044-7146
  Tel (202) 616-4322; Fax (202) 616-4314
  siegmund.f.fuchs@usdoj.gov

Attorneys for Defendants Candina Heath
and Robert Smith

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| KEVIN GALLAGHER, on behalf of himself; and DONOR NO. 1, individually and on behalf of all anonymous donors to Free Barrett Brown,<br><br>　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES; CANDINA HEATH; ROBERT SMITH; DOES 1-10,<br><br>　　　Defendants. | C 17-0586 MEJ<br><br>**STIPULATION; [PROPOSED] ORDER** |

　　　Subject to the Court's approval, Plaintiffs and Defendants, through their undersigned counsel of record, HEREBY STIPULATE as follows:

　　　1.　Plaintiffs filed their Complaint on February 6, 2017.

STIPULATION & PROPOSED ORDER C17-00586 MEJ

2. Defendants intend to file two motions to dismiss, one filed on behalf of Defendants Candina Heath and Robert Smith, sued here in their individual capacities; and one filed on behalf of Defendant United States.

3. Having conferred over their respective schedules, the parties stipulate to, and request, the following briefing schedule:

| | |
|---|---|
| May 11, 2017 | Defendants' Motions to Dismiss |
| July 6, 2017 | Plaintiffs' Oppositions to Defendants' Motions to Dismiss |
| July 20, 2017 | Defendants' Replies in Support of their Motions to Dismiss. |

4. Defendants intend to notice the motions to dismiss for August 3, 2017.

5. The parties further stipulate to, and request, the following extension on the page limitations for the briefing on the motion filed on behalf of Defendant United States:

| | |
|---|---|
| An additional 15 pages | Defendant United States' Motion to Dismiss |
| An additional 15 Pages | Plaintiffs' Opposition to Defendant United States' Motion to Dismiss |
| An additional 5 Pages | Defendant United States' Reply in Support of its Motion to Dismiss. |

6. In support of the stipulation for additional pages, Defendant United States states that it intends to assert multiple jurisdictional defenses, the number and complexity of which warrant additional pages.

IT IS SO STIPULATED.

Respectfully submitted,

Date: April 3, 2017

\_\_\_/s/_____
SIEGMUND F. FUCHS
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7146
Washington, D.C.  20044-7146
Tel (202) 616-4322; Fax (202) 616-4314
E-mail: siegmund.f.fuchs@usdoj.gov

Attorney for Defendants Candina Heath and Robert Smith

STIPULATION & PROPOSED ORDER C17-00586 MEJ

| | |
|---|---|
| Date: April 3, 2017 | /s/<br>SAMUEL M. SINGER<br>Trial Attorney<br>E-mail: samuel.m.singer@usdoj.gov<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW, Room 6138<br>Washington, DC 20530<br>Telephone: (202) 616-8014; Fax: (202) 616-8460<br>Attorney for Defendant United States |
| Date: April 3, 2017 | /s/<br>STEPHEN E. HANDLER<br>Senior Trial Counsel<br>E-mail: stephen.handler@usdoj.gov<br>U.S. Department of Justice<br>Civil Division, Torts Branch<br>1331 Pennsylvania Ave., NW<br>Room 8080N<br>Washington, DC 20004<br>Telephone: (202) 616-4279<br>Facsimile: (202) 616-5200<br><br>PHILIP D. MACWILLIAMS<br>Trial Attorney<br>E-mail: phil.macwilliams@usdoj.gov<br>U.S. Department of Justice<br>Civil Division, Torts Branch<br>1331 Pennsylvania Ave., NW<br>Room 8080N<br>Washington, DC 20004<br>Telephone: (202) 616-4285<br>Facsimile: (202) 616-5200<br><br>Attorneys for the United States of America |
| Date: April 3, 2017 | /s/<br>ERIC J. DIIULIO<br>Sheppard Mullin Richter & Hampton, LLP<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: 415-434-9100<br>Facsimile: 415-434-3947<br>Email: ediiulio@sheppardmullin.com<br><br>Attorney for Plaintiffs |

STIPULATION & PROPOSED ORDER C17-00586 MEJ

ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I certify that the content of this document is acceptable to counsel for the Plaintiffs and counsel for Defendant United States and that I have obtained authorization from Eric DiIulio, Samuel Singer, and Stephen Handler to affix their electronic signatures to this document.

DATED: April 3, 2017                                    Respectfully submitted,

                                                                         /s/
                                                    SIEGMUND F. FUCHS
                                                    Attorney for Defendants Candina Heath
                                                    and Robert Smith

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

                                                    _____
                                                    MARIA-ELENA JAMES
                                                    United States Magistrate Judge