UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN GALLAGHER, et al.,

    Plaintiffs,

    v.

UNITED STATES, et al.,

    Defendants.

Case No. 17-cv-00586-MEJ

**ORDER VACATING CMC**

This matter is currently scheduled for a Case Management Conference on September 7, 2017. However, as there are two pending Motions to Dismiss (Dkt. Nos. 32, 34), the Case Management Conference and all related deadlines are VACATED. The conference will be rescheduled, if necessary, after the pending motions are resolved.

**IT IS SO ORDERED.**

Dated: August 23, 2017

_____

MARIA-ELENA JAMES
United States Magistrate Judge