# EXHIBIT C

PAGE VAULT
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Barrett Brown Legal Defense Fund |
| Capture URL: | https://web.archive.org/web/20130424182815/https://www.wepay.com/donations/free-barrett-brown |
| Captured site IP: | 207.241.225.186 |
| Page loaded at (UTC): | Wed, 05 Jul 2017 16:46:40 GMT |
| Capture timestamp (UTC): | Wed, 05 Jul 2017 16:47:17 GMT |
| Capture tool: | v5.2.2 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/58.0.3029.81 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/653763 |
| User: | sm-fwong |

PAGE VAULT PDF REF#:    bqLAbpYWUDY3bTVZ1Q1XNd

INTERNET ARCHIVE
WayBackMachine
23 captures
7 Mar 2013 - 3 Dec 2016

# Barrett Brown Legal Defense Fund

CONTACT ORGANIZER

👍 Like 2  Share        🐦 Tweet





Collected
## $19,478.00

$ 0.00        **Donate**

## Information

DONATE NOW.
Help raise funds for the legal defense of Barrett Brown -- American activist, author, freelance journalist and founder of distributed think tank Project PM. Each dollar raised is your vote in this important campaign for free speech and transparency on the internet -- and around the world.

Each individual's generosity and support goes directly to Barrett so that someday he will be able to resume his important work. All donations will be exclusively used to hire private criminal defense counsel. What information you choose to provide will be kept strictly confidential.

PayPal donations can be sent to: freebbfund@gmail.com
Bitcoin is also accepted: 1FreeBBjTK5XXXsnjYB8foyFhGGHoajpRF
This fund is administered by Free Barrett Brown Ltd., a non-profit corporation

---

Document title: Barrett Brown Legal Defense Fund
Capture URL: https://web.archive.org/web/20130424182815/https://www.wepay.com/donations/free-barrett-brown
Capture timestamp (UTC): Wed, 05 Jul 2017 16:47:17 GMT



INTERNET ARCHIVE
WayBack Machine

23 captures
7 Mar 2013 - 3 Dec 2016

https://www.wepay.com/donations/free-barrett-brown    Go

MAR **APR** DEC
2012 **2013** 2014

▼ About this capture



$ 0.00    Donate

## Information

DONATE NOW.

Help raise funds for the legal defense of Barrett Brown -- American activist, author, freelance journalist and founder of distributed think tank Project PM. Each dollar raised is your vote in this important campaign for free speech and transparency on the internet -- and around the world.

Each individual's generosity and support goes directly to Barrett so that someday he will be able to resume his important work. All donations will be exclusively used to hire private criminal defense counsel. What information you choose to provide will be kept strictly confidential.

PayPal donations can be sent to: freebbfund@gmail.com
Bitcoin is also accepted: 1FreeBBjTK5XXXsnjYB8foyFhGGHoajpRF
This fund is administered by Free Barrett Brown Ltd., a non-profit corporation in the state of MA.

Checks or money orders— please contact us for details.

For more information: http://freebarrettbrown.org

Accept credit cards for your business.

powered by **WePAY**

Document title: Barrett Brown Legal Defense Fund
Capture URL: https://web.archive.org/web/20130424182815/https://www.wepay.com/donations/free-barrett-brown
Capture timestamp (UTC): Wed, 05 Jul 2017 16:47:17 GMT