# EXHIBIT D

PAGEVAULT®
WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Raise Money Online - WePay Donations |
| Capture URL: | https://web.archive.org/web/20121016135328/https://www.wepay.com/raise-money |
| Captured site IP: | 207.241.225.186 |
| Page loaded at (UTC): | Wed, 05 Jul 2017 16:53:32 GMT |
| Capture timestamp (UTC): | Wed, 05 Jul 2017 16:54:03 GMT |
| Capture tool: | v5.2.2 |
| Page Vault server IP: | 52.7.109.102 |
| Browser engine: | Chrome/58.0.3029.81 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 3 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/653766 |
| User: | sm-fwong |

PAGE VAULT PDF REF#:   3SovmVe4zsW7FfXaTd2fNK

INTERNET ARCHIVE
WayBackMachine
https://www.wepay.com/raise-money    Go
5 captures
23 Jul 2012 - 4 Jul 2013
JUL OCT JAN
2011 2012 2013
▼ About this capture



Register
Login

## Browse our donation page directory

 Arborea: The New Record a...

 Donations for 1-106 "Just...

 Race for Kristi

 Loss of Matilda Granger's...

 Nikki's Breast Cancer Tre...

 Brandon Lee Recco

 A Second Chance for Nicho...

 Breast Cancer Awareness O...

 The Pely Rose Foundation

 Tony Reyes Memorial Famil...

 Renovate for Rylie

 See More

## Create your page

Everything you need to engage donors and accept donations. Create your page to get listed in our directory.

**Get Started**



### Accept your first donation today.

✓ Non-profits    ✓ Organizations    ✓ Teams and clubs

✓ Good causes    ✓ Medical expenses    ✓ Associations

## Donation Page

No website? No problem. Create a custom donation page on WePay to raise money for your cause or organization.

## Record Keeping

Integrated processing allows you to track and thank donors. Collect extra information with a custom form. Easily export data.

Document title: Raise Money Online - WePay Donations
Capture URL: https://web.archive.org/web/20121016135328/https://www.wepay.com/raise-money
Capture timestamp (UTC): Wed, 05 Jul 2017 16:54:03 GMT
Page 1 of 2

 INTERNET ARCHIVE WayBackMachine

https://www.wepay.com/raise-money   Go

5 captures
23 Jul 2012 - 4 Jul 2013

JUL **OCT** JAN
2011 **2012** 2013



▼ About this capture

Accept your first donation today.

 Non-profits       Organizations       Teams and clubs

 Good causes       Medical expenses       Associations

## Donation Page

No website? No problem. Create a custom donation page on WePay to raise money for your cause or organization.

## Record Keeping

Integrated processing allows you to track and thank donors. Collect extra information with a custom form. Easily export data.

## Spread the word

WePay helps you reach more people through Facebook, Twitter, and Google. We help you leverage your social networks.

## Low Fees

Creating a donation page is free. It's Just 4.9% + 30¢ to accept credit card payments and 3.0% + 30¢ for bank account payments. No setup fees, no monthly fees, no hidden fees.

## On Your Site

Accept donations on your own site with a copy-and-paste donate button. People can donate to your cause without leaving your site.

**Get Started**

Or learn about our other tools:

            

Stores        Events        Invoices

Press    Fees    Security    API    Legal    Blog    Jobs    Help