**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California**

**CIVIL MINUTES**

**Date:** January 11, 2018      **Time:** 10:22 am - 10:23 am      **Judge:** Maria-Elena James

**Case No.**: 17-cv-00586-MEJ      **Case Name:**  **Gallagher v. United States**

**Attorney for Plaintiff:** Eric J. Dilulio, Esq.

**Attorney for Defendant:** Christopher Healy, Esq.

**Deputy Clerk:** Rose Maher                          **FTR Time:** 10:22-10:23

**PROCEEDINGS**

Motion hearing held.  Argument heard. Matter submitted.  Court to issue Order.

**Order to be prepared by:**

( )      Plaintiff                  ( )      Defendant              ( X )    Court