# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 22, 2018      **Time:** 10:09 am --10:17 am      **Judge:** Maria-Elena James

**Case No.**: 17-cv-00586-MEJ      **Case Name:** **Gallagher v. United States**

**Attorney for Plaintiff:** Eric J. Dilulio, Esq.

**Attorney for Defendant:** Sam Singer, AUSA

**Deputy Clerk:** Rose Maher      **FTR Time:** 10:09-10:17

## PROCEEDINGS

Initial Case Management Conference held. Parties are to meet and confer regarding a limited period of discovery and then file briefing Order re Summary Judgment.