CHAD A. READLER
Principal Deputy Assistant Attorney General
Civil Division

BRIAN STRETCH
United States Attorney
Northern District of California

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch, Civil Division

CHRISTOPHER R. HEALY
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
P.O. Box 883, Washington, DC 20044
Tel. (202) 514-8095; Fax (202) 616-8470
Email: christopher.healy@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kevin Gallagher, on behalf of himself; and Donor No. 1, individually and on behalf of all anonymous donors to Free Barrett Brown, <br><br> Plaintiffs, <br><br> v. <br><br> United States <br> Defendant. | Case No. 3:17-cv-00586-MEJ <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL** <br><br> Judge: Hon. Maria-Elena James |

**WHEREAS** Plaintiffs agree to dismiss all claims against Defendant.

**IT IS HEREBY STIPULATED AND AGREED**, by and among all parties, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs in this action dismiss all of the claims against Defendant with prejudice, and that each party shall bear its own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated:  August 2, 2018

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      _/s/ Robert J. Guite_
             ROBERT J. GUITE

*Attorneys for Plaintiff*

CHAD A. READLER
Acting Assistant Attorney General

BRIAN STRETCH
United States Attorney
Northern District of California

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ *Christopher R. Healy*

CHRISTOPHER R. HEALY
Trial Attorney
Civil Division, Federal Programs Branch
United States Department of Justice
P.O. Box 883, Washington, DC 20044
Tel. (202) 514-8095; Fax (202) 616-8470
Email: christopher.healy@usdoj.gov

*Attorneys for the United States*

## [PROPOSED] ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefor, orders that the action be dismissed with prejudice.  Each party shall bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated:__August 2, 2018__                        _____

Honorable Maria-Elena James
United States Magistrate Judge
Northern District of California